IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:08CR00141 JLH

LEON ROBINSON, JR.

**ORDER**

Leon Robinson, Jr., has filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, as well as a brief in support of that motion. The Court directs the United States to respond within thirty days of the entry of this Order.

IT IS SO ORDERED this 26th day of February, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE