**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 4:08CR00141 JLH

LEON ROBINSON, JR.                                                                    DEFENDANT

## ORDER

Leon Robinson's motion to hold his section 2255 petition in abeyance is GRANTED. Document #114. The petition is held in abeyance pending a decision by the United States Court of Appeals for the Eighth Circuit as to whether Robinson will be permitted to file a second or successive petition. The Court directs Robinson's attorney to notify this Court promptly after receiving a decision from the Eighth Circuit. The Court directs the Clerk to send a copy of this Order to Chief of the Criminal Division, John Ray White.

IT IS SO ORDERED this 27th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE