**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                      No. 4:08CR00141 JLH

LEON ROBINSON, JR.                                       DEFENDANT

**ORDER**

The Court directs the United States to file a response to the Leon Robinson, Jr.'s amended motion to correct his sentence within fourteen days from the entry of this Order.

IT IS SO ORDERED this 2nd day of September, 2016.

 

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE