# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       No. 4:08CR00141 JLH

LEON ROBINSON, JR.                                                                           DEFENDANT

## ORDER

The United States has filed a response to Leon Robinson, Jr.'s amended motion to correct his sentence under 28 U.S.C. § 2255. If Robinson wishes to file a reply, he must do so within fourteen days from the entry of this Order.

IT IS SO ORDERED this 19th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE